IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEREMY LAMAR JOHNSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:17cv552-MHT (WO) |
| CITY OF MONTGOMERY, a municipality organized and existing under the laws of the State of Alabama, | ) ) ) ) ) ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this putative class-action lawsuit asserting that defendant denied him and others procedural due process by failing to forward confiscated guns to the local district attorney for institution of forfeiture proceedings, as required by Alabama law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss

plaintiff's case be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of March, 2018.

                                      /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**